**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | |
| *Plaintiff*, | Civil Action No:  1:24-cv-00230-CJN |
| v. | |
| DEBRA HAALAND, et al., | |
| *Defendants*. | |

**AFFIDAVIT OF SERVICE**

I respectfully certify that service for the above-captioned case took place as described

below, which included true and correct copies of each of the following documents:

| | |
|---|---|
| ECF No. 1 | Complaint |
| ECF No. 1-1 | Civil Cover Sheet |
| ECF No. 2 | Corporate Disclosure Statement |
| ECF No. 3 | Issued Summonses |
| ECF No. 3-1 | Notice of Right to Trial Before a U.S. Magistrate Judge |

On January 26, 2024, the above-listed documents were sent by certified mail to the

following parties:

Secretary Debra Haaland
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240

Civil Process Clerk
U.S. Attorney's Office
555 4th Street NW
Washington, DC 20530

U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

Secretary Haaland and the U.S. Fish and Wildlife Service received the documents on

January 29, 2024.  The U.S. Attorney's Office and Attorney General received the documents on

January 30, 2024.  Receipts and delivery confirmations are attached as Exhibit A.

Additionally, copies of Judge Carl J. Nichols' Standing Order for Civil Cases and the

Notice of Appearance of Counsel for Sarah Uhlemann (ECF No. 4) were sent to each of the

above-listed parties via priority mail on February 1, 2024.  Secretary Haaland, the U.S. Fish and

Wildlife Service, U.S. Attorney's Office, and Attorney General received the Standing Order and

Notice on February 5, 2024.  Delivery confirmations are attached as Exhibit B.

I certify under penalty of perjury the foregoing is true and correct.

Dated: February 7, 2024.                          Respectfully submitted,

                                                   s/ *Cynthia Elkins*
                                                   Cynthia Elkins, Senior Paralegal
                                                   Center for Biological Diversity
                                                   PO Box 220
                                                   Shelter Cove, CA 95589

# Exhibit A











January 29, 2024

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 2450 0000 6552 1005**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | January 29, 2024, 12:18 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 5.0oz |

**Recipient Signature**

Signature of Recipient: *D.men Uni-m,*

Address of Recipient: *20240*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 29, 2024

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 2450 0000 6552 1012**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Front Desk/Reception/Mail Room |
| **Status Date / Time:** | January 29, 2024, 12:18 pm |
| **Location:** | WASHINGTON, DC 20240 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 5.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | *D.Men U..:.n.* |
| Address of Recipient: | *20240* |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 30, 2024

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number: **7020 2450 0000 6552 1029**.

| Item Details | |
|---|---|
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | January 30, 2024, 5:06 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
|---|---|
| **Weight:** | 5.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



January 30, 2024

Dear Cynthia Elkins:

The following is in response to your request for proof of delivery on your item with the tracking number:
**7020 2450 0000 6552 1036**.

| Item Details | |
| --- | --- |
| **Status:** | Delivered, Individual Picked Up at Postal Facility |
| **Status Date / Time:** | January 30, 2024, 5:06 am |
| **Location:** | WASHINGTON, DC 20530 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

| Shipment Details | |
| --- | --- |
| **Weight:** | 5.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

# Exhibit B

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 95055166608014032160651

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:56 am on February 5, 2024 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

   **USPS Tracking Plus®**

### Delivered
**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20240
February 5, 2024, 11:56 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

Feedback

# USPS Tracking®

FAQs ›

Tracking Number:                                                    **Remove** ✕

## 9505516608014032160637

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:56 am on February 5, 2024 in WASHINGTON, DC 20240.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Front Desk/Reception/Mail Room**

WASHINGTON, DC 20240
February 5, 2024, 11:56 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

---

**Text & Email Updates**                                          ⌄

---

**USPS Tracking Plus®**                                           ⌄

---

**Product Information**                                           ⌄

# USPS Tracking®

FAQs ›

**Tracking Number:**

Remove ✕

## 95055166080140432160590

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 5:03 am on February 5, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
February 5, 2024, 5:03 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

# USPS Tracking®

FAQs ›

Tracking Number:

Remove ✕

## 95055166080140032160613

Copy          Add to Informed Delivery (https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 5:03 am on February 5, 2024 in WASHINGTON, DC 20530.

**Get More Out of USPS Tracking:**

**USPS Tracking Plus®**

## Delivered

**Delivered, Individual Picked Up at Postal Facility**

WASHINGTON, DC 20530
February 5, 2024, 5:03 am

**See All Tracking History**

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Feedback

| Text & Email Updates | ⌄ |
| --- | --- |

| USPS Tracking Plus® | ⌄ |
| --- | --- |

| Product Information | ⌄ |
| --- | --- |